CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
December 17, 2025
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

ERRANDS PLUS INC., d/b/a RMA
WORLDWIDE CHAUFFEURED
TRANSPORTATION,

   Plaintiff,

v.                                Civil Action No. 3:25cv00098

SIGNATURE FLIGHT SUPPORT LLC,

and

SIGNATURE AVIATION SERVICES
CORPORATION,

   Defendants.

## NOTICE OF REMOVAL

COME NOW the Defendants, SIGNATURE FLIGHT SUPPORT LLC, and SIGNATURE AVIATION SERVICES CORPORATION (the latter incorrectly sued), by counsel, and pursuant to 28 U.S.C. § 1446, removes this action from the Circuit Court for Albemarle County to the United States District Court for the Western District of Virginia, Charlottesville Division. In support thereof, defendants state as follows:

    1.    On December 12, 2025, Plaintiff ERRANDS PLUS INC., d/b/a RMA WORLDWIDE CHAUFFEURED TRANSPORTATION filed suit in the Circuit Court for Albemarle seeking both a temporary injunction and a Complaint seeking unspecified damages related to: Count 1: Tortious Interference with Contract; Count 2: Tortious Interference with a Business Relationship; Count 3: Business Conspiracy, punitive damages, and treble damages. While the suit does not state an ad damnum, rendering it defective in Virginia Circuit Court, the amount in controversy represented reasonably exceeds $75,000.00.

2. The pleading cites "In total, Signature conduct jeopardizes over $20,000,000.00 in annual revenue (that is, $56,000.00 *each day*)." (TRO, Page 3). The Complaint also requests treble and punitive damages.

3. Defendants have never been served with the TRO or the Complaint, but file this Notice of Removal was timely filed pursuant to 28 U.S.C. § 1446(b). Defendants are filing a separate notice to address this issue contemporaneously.

4. Removal of this lawsuit is authorized by 28 U.S.C. § 1441(a) because this Court has original jurisdiction over this action under 28 U.S.C. § 1332.

5. Plaintiff is a citizen of Maryland. Defendants are incorporated in Delaware with a principal place of business in Florida. Refer to filed Declaration of Christine Mercadante for LLC residency information.

6. Therefore, this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1441, as there is complete diversity of citizenship between Plaintiff and Defendants, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

7. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal has been given to Plaintiff, and a copy of this Notice of Removal has been filed with the Clerk of the Circuit Court for Albemarle County.

8. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

WHEREFORE, Defendants SIGNATURE FLIGHT SUPPORT LLC, and SIGNATURE AVIATION SERVICES CORPORATION, by counsel, remove this action from the Circuit Court for Albemarle County.

                                    **SIGNATURE FLIGHT SUPPORT LLC, and**

                                    **SIGNATURE AVIATION SERVICES CORPORATION**
                                    (incorrectly named)

                                    By Counsel

/s/ Danielle Giroux

Jon A. Nichols (VSB No. 48613)
Lillian M. Spell (VSB No. 99564)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
jnichols@hccw.com
lspell@hccw.com

Danielle D. Giroux (VSB No. 45401)
Harman, Claytor, Corrigan & Wellman
1900 Duke Street, Suite 210
Alexandria, Virginia  22314
804-747-5200 - Phone
804-747-6085 - Fax
dgiroux@hccw.com