IN THE CIRCUIT COURT FOR THE COUNTY OF ALBEMARLE

ERRANDS PLUS INC., d/b/a RMA
WORLDWIDE CHAUFFEURED
TRANSPORTATION,

   Plaintiff,

v.                                                 Case No. CL25-2385-00

SIGNATURE FLIGHT SUPPORT LLC,

and

SIGNATURE AVIATION SERVICES
CORPORATION,

   Defendants.

## NOTICE OF FILING OF REMOVAL

TO:   The Honorable Jon R. Zug, Clerk
        Albemarle County Circuit Court
        Court Square
        501 East Jefferson Street
        Charlottesville, VA 22902

PLEASE TAKE NOTICE that Defendants, Signature Flight Support LLC d/b/a Signature Aviation (incorrectly sued as Signature Flight Support LLC and Signature Aviation Services Corporation as "Defendants") ("Signature" or "Defendant"), by counsel, filed with the United States District Court for the Western District of Virginia, Charlottesville Division, a Notice of Removal of this case to said United States District Court.  A copy of that Notice is attached hereto. Pursuant to 28 U.S.C. §1446(d), no further action should be taken in state court unless and until/unless the action is remanded.

DATED this 17th day of December, 2025.

        SIGNATURE FLIGHT SUPPORT LLC,

        and

        SIGNATURE AVIATION SERVICES CORPORATION (incorrectly sued)

        By Counsel

_____
Jon A. Nichols (VSB No. 48613)
Lillian M. Spell (VSB No. 99564)
Emily Hager Sutherland (VSB No. 98416)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
jnichols@hccw.com
lspell@hccw.com

Danielle D. Giroux (VSB No. 45401)
Harman, Claytor, Corrigan & Wellman
1900 Duke St #210
Alexandria, VA 22314
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
digroux@hccw.com

**C E R T I F I C A T E**

    I hereby certify that a true copy of the foregoing was sent via U.S. mail and e-mail this 17th day of December, 2025 to:

    Jason E. Manning (VSB No. 74306)
    David M. Ashbury (VSB No. 88977)
    Troutman Pepper Locke LLP
    222 Central Park Avenue, Suite 2000
    Virginia Beach, VA 23462

                                            Danielle D. Giroux