UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

Errands Plus Inc. D/B/A RMA Worldwide Chauffeured Trans.
Plaintiff(s)

V.

Signature Flight Support LLC
Defendant(s)

Civil Action No.: 3:25cv00098

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANICAL INTEREST IN LITIGATION

ONLY ONE FORM NEEDS TO BE COMPLETED FOR A PARTY EVEN IF THE PARTY IS REPRESENTED BY MORE THAN ONE ATTORNEY. DISCLOSURES MUST BE FILED ON BEHALF OF INDIVIDUALS AS WELL AS CORPORATIONS AND OTHER LEGAL-ENTITIES. COUNSEL HAS A CONTINUING DUTY TO UPDATE THIS INFORMATION.

IF YOU ANSWER "YES" TO ANY OF THE FOLLOWING QUESTIONS, THIS STATEMENT MUST BE FILED IN ECF AS A POSITIVE CORPORATE DISCLOSURE STATEMENT.

Pursuant to Standing Order entered May 15, 2000.

Signature Flight Support LLC and Signature Aviation Services   who is   Defendants
(Name of party you represent)                                            (Plaintiff/Defendant)

makes the following disclosure:

1. Is the party a publicly held corporation or other publicly held entity?
   ☐ Yes   ☒ No

2. Does the party have any parent corporations?
   ☒ Yes   ☐ No

   If yes, identify all parent corporations, including grandparent and great grandparent corporations:

   Please refer to Exhibit A attached hereto.

3. Is 10 percent or more of the party's stock owned by a publicly held corporation or other publicly held entity?
   ☐ Yes   ☒ No

   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
   ☐ Yes   ☒ No

   If yes, identify all such owners:

5. Is the party a trade association?
   ☐ Yes   ☒ No

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own ten (10%) percent or more of the party's stock:

/s/ Danielle D. Giroux                December 18, 2025
(Signature)                           (Date)

## EXHIBIT A
### Signature Flight Support LLC and Signature Aviation Services Corporation, share the same parent companies:

Signature Aviation USA, LLC
Signature Aviation US Holdings, Inc.
Signature Aviation Limited
Brown Minority LLC
Brown Bidco Limited
Brown Midco Limited
Brown Topco Limited
Signature Aviation US TopCo LLC
Signature Aviation US Holdings LP
Signature Aviation US Holdings GP LLC
Blackstone Funds
Global Infrastructure Partners Funds
Cascade Investment, L.L.C.