IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

ERRANDS PLUS INC., d/b/a RMA
WORLDWIDE CHAUFFEURED
TRANSPORTATION,

  Plaintiff,

v.                                        Civil Action No. 3:25-cv-00098-JHY-JCH

SIGNATURE FLIGHT SUPPORT LLC and
SIGNATURE AVIATION SERVICES
CORPORATION,

  Defendants.

## MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)

Defendants Signature Flight Support LLC d/b/a Signature Aviation ("Signature") and Signature Aviation Services Corporation[1] (collectively "Signature" or "Defendant"), by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves to dismiss the Complaint filed against them, with prejudice, because Plaintiff does not state a plausible claim upon which relief may be granted. Defendants rely upon and incorporate their Memorandum in Support of Defendants' Motion to Dismiss as if fully set forth herein.

WHEREFORE, Defendants Signature Flight Support LLC d/b/a Signature Aviation ("Signature") and Signature Aviation Services Corporation respectfully request that this Court enter an Order granting the Motion to Dismiss, dismissing Plaintiff's Complaint with prejudice, and awarding other relief as is just and proper.

---

[1] RMA names "SIGNATURE AVIATION SERVICES CORPORATION" as a defendant, but this is not a proper party. It does not operate any FVO and would be unable to effectuate the relief RMA seeks in this motion. It is not a proper party to this action under any circumstances.

**SIGNATURE FLIGHT SUPPORT LLC
AND SIGNATURE AVIATION
SERVICES CORPORATION**

By Counsel

/s/Jon A. Nichols
Jon A. Nichols (VSB No. 48613)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
jnichols@hccw.com

Danielle D. Giroux (VSB No. 45401)
Harman, Claytor, Corrigan & Wellman
1900 Duke Street, Suite 210
Alexandria, Virginia 22314
804-747-5200 - Phone
804-747-6085 - Fax
dgiroux@hccw.com