IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

ERRANDS PLUS INC., D/B/A RMA
WORLDWIDE CHAUFFEURED
TRANSPORTATION,

  Plaintiff,

v.                                     Case No. 3:25-cv-00098-JHY-JCH

SIGNATURE FLIGHT LLC AND
SIGNATURE AVIATION SERVICES
CORPORATION,

  Defendant.

## SIGNATURE AVIATION'S WITNESS IDENTIFICATION

COMES NOW the defendants Signature Flight Support LLC d/b/a Signature Aviation and Signature Aviation Services Corporation[1], by counsel, and pursuant to this Court's January 6, 2026 Oral Order, hereby discloses the following witnesses they expect to call at the preliminary hearing of this matter and provides a summary of their expected testimony:

1. **Jeff A. Kohlman**
   *Principal Consultant of Aviation Management Consulting Group*

Jeff Kohlman is expected to testify as an experienced aviation industry professional with more than forty years of involvement in airport and aviation business management. His firm provides airport management and compliance consulting services nationwide, and provides services to, inter alia, fixed base operations ("FBOs").

---

[1] RMA names "SIGNATURE AVIATION SERVICES CORPORATION" as a defendant, but this is not a proper party. It does not operate any FBO and would be unable to effectuate the relief RMA seeks in this motion. It is not a proper party to this action under any circumstances.

Based on his education, experience, and industry expertise, Mr. Kohlman is expected to testify that FAA Airport Sponsor Assurances are obligations solely tied to airport sponsors, not to FBOs such as Signature.

Mr. Kohlman is further expected to testify that although Signature's lease references compliance with certain FAA regulations and Authority requirements, those provisions do not convert Signature into an FAA-regulated entity for purposes of sponsor obligations.

With respect to the underlying incident, Mr. Kohlman is expected to testify that ground transportation is not part of sports charter ground handling.

Mr. Kohlman is also expected to testify that ground transportation is a non-aeronautical activity under FAA guidance, airport minimum standards, and industry practice.

Mr. Kohlman is expected to state that Signature's obligations under its lease with the Airport to act in a fair, equal, and not unjustly discriminatory basis apply only to defined aeronautical services.

Mr. Kohlman is expected to testify that banning a ground transportation company from an FBO leasehold following a safety incident is consistent with industry practice. He will explain that such bans are reasonable measures to protect aircraft, manage risk, and avoid exposure to liability.

Mr. Kohlman is further expected to testify that RMA has no independent right of ingress or egress to Signature's leasehold, as such rights can only arise by contract. In the absence of any agreement between RMA and either Signature or the airport authority, no such rights exist.

Mr. Kohlman is expected to testify that FAA guidance cited by the complainant concerning "other modes of transportation" does not apply to private ground transportation companies like RMA.

2. **Jason Davis**
   *General Manager, Signature Aviation at CHO*

Jason Davis is the General Manager of Signature's FBO at the Charlottesville Albemarle Airport (CHO), the same position he held in February of 2025. He is expected to testify to the factual circumstances and investigation of the incident that took place on February 27 and 28, 2025. He will testify to the Signature staff who was present, their training and responsibilities, the tasks they performed, the observations he made with respect to RMA's bus and driver following the incident, and the subsequent investigation that followed from which Signature determined that the negligence of RMA's driver, Mr. Benjamin, was the sole cause of the incident.

3. **Matthew Klein**
   *Senior Legal Counsel, Signature Aviation*

Matthew Klein may describe the relevant company and its operations, specifically that Signature operates fixed-base operation (FBO) facilities under private leaseholds at airports, including Charlottesville Albemarle Airport (CHO). Signature controls physical access to its leased premises and determines which third-parties may enter.

He may testify that Signature has no contract with RMA, nor is it a third party beneficiary to any contract is holds. He will testify that FAA grant assurances apply to aeronautical activities, and Signature understands ground transportation to be explicitly classified as non-aeronautical.

He will testify that Signature believes that the February 2025 Incident presented an extraordinary safety risk in a secure aviation environment. Signature reasonably expected RMA to accept responsibility through its insurer. RMA instead disputed liability and refused to acknowledge fault. Signature concluded that continued access by RMA posed an unacceptable

safety and financial risk and ultimately decided to ban RMA from accessing its leaseholds. The ban applies only to Signature's private leaseholds, not to public airport areas. He will confirm that Signature did not interfere with RMA's contracts (to the extent any exists), disparage RMA, or attempt to drive RMA out of business.

He will testify that Signature acted for legitimate safety and business reasons, not to harm RMA, and that there was no conspiracy with any third party. The decision was made internally, through ordinary corporate governance and risk management processes. Signature did not use threats, coercion, fraud, or any improper methods. Lastly, he will testify that the ban would not have been implemented had RMA accepted responsibility for the incident.

                                            **SIGNATURE FLIGHT LLC AND**
                                            **SIGNATURE AVIATION SERVICES**
                                            **CORPORATION**

                                            By Counsel

/s/Jon A. Nichols
Jon A. Nichols (VSB No. 48613)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
jnichols@hccw.com

Danielle D. Giroux (VSB No. 45401)
Harman, Claytor, Corrigan & Wellman
1900 Duke Street, Suite 210
Alexandria, Virginia  22314
804-747-5200 - Phone
804-747-6085 - Fax
dgiroux@hccw.com