# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# Charlottesville Division

| | |
|---|---|
| ERRANDS PLUS INC *d/b/a* RMA WORLDWIDE CHAUFFEURED TRANSPORTATION,<br><br>           Plaintiff,<br><br>v.<br><br>SIGNATURE FLIGHT SUPPORT, LLC, and SIGNATURE AVIATION SERVICES CORPORATION,<br><br>           Defendants. | Civil Action No. 3:25-cv-00098-JHY<br><br>The Honorable Judge Jasmine H. Yoon |

## RMA'S PRELIMINARY INJUNCTION HEARING WITNESS LIST

Plaintiff Errands Plus Inc. *d/b/a* RMA Worldwide Chauffeured Transportation ("RMA"), by and through counsel, and in accordance with the Court's oral order, ECF No. 27, submits this list of individuals it currently expects to call to testify at the January 29, 2026, Preliminary Injunction Hearing, and a summary of their testimony:

    1.    **Michael Fogarty**, *RMA's President*. Mr. Fogarty is expected to testify regarding the historical relationship between RMA and Defendants; Defendants' ban of RMA from its leaseholds in November 2025; the effect of Defendants' ban on RMA's business and contractual relationships; the matters set forth in his declarations; and the loss of customers, goodwill, revenue, and reputation that RMA has suffered as a result of the ban.

    2.    **Robert M. Alexander**, *RMA's Chief Executive Officer*. Mr. Alexander engaged in discussions on RMA's behalf with Signature and RMA's insurance agent in a good faith attempt to resolve Signature's concerns with eliminating the total ban. RMA expects Mr. Alexander will testify regarding those conversations and the RMA / Signature relationship generally.

3.      **Jacques Astre**, *International Aviation Safety Solutions*. Mr. Astre has extensive aviation safety experience, including 30 years of service as a supervisory aviation safety inspector for the Federal Aviation Administration (FAA). Mr. Astre now serves as an aviation safety consultant and contract instructor for the FAA. Mr. Astre intends to testify remotely as a result of pre-scheduled meetings with the FAA at the time of the preliminary injunction hearing. Mr. Astre is expected to testify regarding industry standards and practices and the applicable regulatory structure in place relating to accessing a public airport operated by a Fixed Base Operator, inclusive of the secure ramp areas and public areas and as related to RMA's aeronautical activities as defined by the FAA; the unprecedented nature of Defendants' ban of RMA; and, the increased safety and security risks arising from Defendants' ban of RMA.

This list does not include rebuttal or impeachment witnesses, whom RMA cannot reasonably foresee at this time. RMA reserves the right to amend and supplement this list as necessary when further witnesses become known and necessary. This includes but is not limited to rebuttal witnesses, impeachment witnesses, and any witnesses Defendants call or identify. This list does not necessarily reflect the order of testimony. By naming a witness, RMA is not guaranteeing the witness's appearance or testimony at the hearing.

Date: January 19, 2026                          **ERRANDS PLUS, INC. D/B/A RMA WORLDWIDE CHAUFFEURED TRANSPORTATION**

*/s/ Jason E. Manning*
Jason E. Manning (VSB No. 74306)
David M. Asbury (VSB No. 88977)
TROUTMAN PEPPER LOCKE LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: 757.687.7564
Facsimile: 757.687.1524

jason.manning@troutman.com
david.asbury@troutman.com

Michael S. Lowe (admitted *pro hac vice*)
TROUTMAN PEPPER LOCKE LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103
Telephone: 215.981.4364
Facsimile: 215.981.4750
michael.lowe@troutman.com

T. Patrick Byrnes (admitted *pro hac vice*)
TROUTMAN PEPPER LOCKE LLP
111 South Wacker Drive
Suite 4100
Chicago, Illinois 60606
Telephone: 312.443.0286
Facsimile: 312.443.0336
patrick.byrnes@troutman.com

*Counsel for Plaintiff*

3

## CERTIFICATE OF CM/ECF SERVICE

The undersigned attorney hereby certifies that on this 19th day of January 2026, the foregoing **Preliminary Injunction Hearing Witness List** was filed via the CM/ECF system for the Western District of Virginia, which electronically sent notice to the following counsel of record:

>Danielle Deanna Giroux
>**HARMAN CLAYTON CORRIGAN & WELLMAN**
>1900 Duke Street, Suite 210
>Alexandria, Virginia 22314
>Tel.: (804) 747-5200
>dgiroux@hccw.com
>
>Jon Allon Nichols, Jr.
>**HARMAN CLAYTON CORRIGAN & WELLMAN**
>P.O. Box 70280
>Richmond, Virginia 23255
>Tel.: (804) 762-8039
>Fax: (804) 747-6085
>jnicols@hccw.com
>
>Mark E. McKinnon
>**FOX ROTHSCHILD LLP**
>2020 K Street N.W., Suite 500
>Washington, D.C. 20006
>Tel.: (202) 794-1214
>mmckinnon@foxrothschild.com
>
>*Counsel for Signature Defendants*

>*/s/ Jason E. Manning*
>Jason E. Manning