**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Charlottesville Division**

ERRANDS PLUS INC *d/b/a* RMA
WORLDWIDE CHAUFFEURED
TRANSPORTATION,

        Plaintiff,

v.

SIGNATURE FLIGHT SUPPORT, LLC, and
SIGNATURE AVIATION SERVICES
CORPORATION,

        Defendants.

Civil Action No.  3:25-cv-00098-JHY

The Honorable Judge Jasmine H. Yoon

## RMA'S PRELIMINARY INJUNCTION HEARING EXHIBIT LIST

Pursuant to this Court's January 23, 2026 Oral Order (Dkt. No. 42), Plaintiff Errands Plus

Inc. *d/b/a* RMA Worldwide Chauffeured Transportation ("RMA") serves this list of exhibits that

it intends to use at the January 29, 2026 remote preliminary injunction hearing:

| No. | Description |
|---|---|
| P1 | 49 U.S.C. Section 47107 |
| P2 | Airport Sponsor Grant Assurances (April 2025) |
| P3 | Charlottesville Albemarle Airport Authority ("CAAA") - Signature Lease Agreement |
| P4 | CAAA - Signature Lease Agreement [Excerpted Exhibit A] |
| P5 | FAA Order 5190.6B, Change 3 |
| P6 | Dec. 7, 2023 FAA AC 150/5190-8 |
| P7 | Jacques Astre Curriculum Vitae |
| P8 | Photographs of Signature's Charlottesville-Albermarle Airport Leasehold |
| P9 | Declaration of M. Fogarty (Dec. 8, 2025) |
| P10 | First Supplemental Declaration of M. Fogarty (Dec. 17, 2025) |
| P11 | Third Party Vendor Release between Signature and RMA |
| P12 | Signature's November 20, 2025 Letter to RMA |
| P13 | RMA's November 22, 2025 Letter Response to Signature |
| P14 | Signature's November 26, 2025 Letter to RMA |
| P15 | RMA's December 3, 2025 Letter to Signature |

1

| P16 | Signature's December 5, 2025 Letter to RMA |
|---|---|
| P17 | RMA's December 5, 2025 Email to Signature |
| P18 | Dkt. No. 21, Signature's Motion for Expert Witness Testimony |
| P19 | Dkt. No. 23, Signature's Reply IFSO Expert Witness Testimony |
| P20 | Dkt. No. 38, Signature's Witness Disclosure |
| P21 | Expert Report of Jeff A. Kohlman in *AH Aero Serv., LLC d/b/a OK3 AIR v. Heber City*, No. 17-cv-1118 (D. Utah). |
| P22 | N.Y. Aviation Mgmt. Assoc. PowerPoint Presentation by Aviation Mgmt. Consulting Grp. (Kohlman) |
| P23 | Regulatory Compliance – Aviation Mgmt. Consulting Grp. (Kohlman) Webpage |
| P24 | Jason Davis LinkedIn Profile |
| P25 | Matthew Klein LinkedIn Profile |

RMA may elect not to use an exhibit despite its disclosure above, *i.e.*, an exhibit's disclosure above is not a guarantee of its use by RMA. By including an exhibit on this list, RMA does not waive its right to object to its admissibility if offered by Signature for an improper or impermissible purpose. RMA reserves the right to use any exhibits disclosed by Defendants.

Date: January 26, 2026

*Respectfully submitted*,

**ERRANDS PLUS, INC. D/B/A RMA
WORLDWIDE CHAUFFEURED
TRANSPORTATION**

*/s/ Jason E. Manning*
Jason E. Manning (VSB No. 74306)
David M. Asbury (VSB No. 88977)
TROUTMAN PEPPER LOCKE LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: 757.687.7564
Facsimile: 757.687.1524
Jason.Manning@troutman.com
David.Asbury@troutman.com

2

Michael S. Lowe (admitted *pro hac vice*)
TROUTMAN PEPPER LOCKE LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103
Telephone: 215.981.4364
Facsimile: 215.981.4750
Michael.Lowe@troutman.com

T. Patrick Byrnes (admitted *pro hac vice*)
TROUTMAN PEPPER LOCKE LLP
111 South Wacker Drive, Suite 4100
Chicago, IL 60606
Telephone: 312.443.0286
Facsimile: 312.443.0336
Patrick.Byrnes@troutman.com

*Counsel for Plaintiff*

## CERTIFICATE OF CM/ECF SERVICE

The undersigned attorney hereby certifies that on January 26, 2026, the foregoing **Exhibit**

**List** was filed via the CM/ECF system for the Western District of Virginia, which electronically

sent notice to the following counsel of record:

Danielle Deanna Giroux
**HARMAN CLAYTON CORRIGAN & WELLMAN**
1900 Duke Street, Suite 210
Alexandria, Virginia 22314
Tel.: (804) 747-5200
dgiroux@hccw.com

Jon Allon Nichols, Jr.
**HARMAN CLAYTON CORRIGAN & WELLMAN**
P.O. Box 70280
Richmond, Virginia 23255
Tel.: (804) 762-8039
Fax: (804) 747-6085
jnicols@hccw.com

Mark E. McKinnon
**FOX ROTHSCHILD LLP**
2020 K Street N.W., Suite 500
Washington, D.C. 20006
Tel.: (202) 794-1214
mmckinnon@foxrothschild.com

*Counsel for Signature Defendants*

*/s/ Jason E. Manning*
Jason E. Manning