CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
February 25, 2026
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| Errands Plus, Inc., | ) |
| Plaintiff, | ) |
| v. | ) |
| Signature Flight Support, LLC | ) Civil Action No. 3:25-cv-00098 |
| and | ) |
| Signature Aviation Services Corporation, | ) |
| Defendants. | ) |

## **ORDER**

The court is in receipt of Signature's counsel's response to the court's show cause order. (Dkt. 62.) Based on the court's review of the response, the court requires a supplemental response.

In Mr. Nichols's declaration, he states that he "[did] not know how [he] transposed any of the citation information" for the *Dunn* case and "[did] not know how the citation for the incorrectly cited *Ward* case was listed incorrectly." (Dkt. 62-8 ¶¶ 8(f), 9(e).) To the extent that it exists, the court hereby **ORDERS** Mr. Nichols to provide the court with any documentation of his research related to the two citations—such as Westlaw or Lexis history, or other available electronic research history—on December 26, 2025, the day that the citations were added to the supplemental brief, (Dkt. 17). The court also offers this opportunity for counsel to further explain how the two citations included reporter numbers, page numbers, and year

that match neither the cases counsel asserts he intended to cite, nor the cases that share case names with those cited in the brief.

The court also **ORDERS** counsel to provide more information about any verification processes that are in place to confirm the existence and accuracy of legal and factual citations that are offered in all submissions made to this court by counsel and counsel's law firm and what steps counsel and counsel's law firm have taken or will take to prevent the reoccurrence of such problems in this and other cases going forward.

The Clerk is directed to send a copy of this Order to all counsel of record.

**ENTERED** this 25th day of February, 2026.

HON. JASMINE H. YOON
UNITED STATES DISTRICT JUDGE