# EXHIBIT A

My Research - History: All History | Westlaw Edge

**THOMSON REUTERS**
**WESTLAW EDGE**

SIGNAT...    History    Folders    My links    Notifications    Sign out

All content    [ Enter terms, citations, databases, questions, anything ... ]    📍    Search Tips

Documents    Searches

[ All History ]

**Filter**

[ Clear ]

( ) Select multiple

**Keyword**

[ Keyword ]

**Event date**

Before 12/27/2025
Remove

Client ID

Event

# History: All History

✉ ▾

| Event | Description | Date/Time | Client ID |
|---|---|---|---|
| KeyCite | **Citing References** Mountain Valley Pipeline, LLC v. 6.56 Acres of Land, Owned by Sandra Townes Powell 915 F.3d 197 | 12/26/2025 3:04 PM | SIGNATURE AVIATION TELUS |
| Document View | **Mountain Valley Pipeline, LLC v. 6.56 Acres of Land, Owned by Sandra Townes Powell** C.A.4 (Va.) • February 05, 2019 • 915 F.3d 197 | 12/26/2025 3:00 PM | SIGNATURE AVIATION TELUS |
| Document View | **Di Biase v. SPX Corporation** C.A.4 (N.C.) • September 28, 2017 • 872 F.3d 224 | 12/26/2025 2:43 PM | SIGNATURE AVIATION TELUS |
| Search | **Di Biase v. SPX Corp.,** (352) **Search Type:** Plain Language **Content:** Cases **Jurisdiction:** Virginia,4th Circuit | 12/26/2025 2:43 PM | SIGNATURE AVIATION TELUS |
| Document View | **Garcia v. Stephens** C.A.5 (Tex.) • June 27, 2014 • 757 F.3d 220 | 12/26/2025 12:01 PM | SIGNATURE AVIATION TELUS |
| Document View | **BASF Corp. v. Old World Trading Co., Inc.** C.A.7 (Ill.) • November 16, 1994 • 41 F.3d 1081 | 12/26/2025 12:00 PM | SIGNATURE AVIATION TELUS |
| Document View | **Commerce Funding Corp. v. Worldwide Sec. Services Corp.** C.A.4 (Va.) • April 20, 2001 • 249 F.3d 204 | 12/26/2025 11:55 AM | SIGNATURE AVIATION TELUS |

My Research.- History: All History | Westlaw Edge

| Document View | **L-3 Communications Corporation v. Serco, Inc.** C.A.4 (Va.) • June 10, 2019 • 926 F.3d 85 | 12/26/2 025 11:48 AM | SIGNATU RE AVIATIO N TELUS |
|---|---|---|---|
| Search | **Interference with business expectancy** (1,012) Search Type: Plain Language Content: Cases Jurisdiction: Virginia,4th Circuit | 12/26/2 025 11:48 AM | SIGNATU RE AVIATIO N TELUS |
| Search | **exclusion, and refusal to deal are not improper absent independently unlawful conduct** (88) Search Type: Plain Language Content: Cases Jurisdiction: Virginia,4th Circuit | 12/26/2 025 11:47 AM | SIGNATU RE AVIATIO N TELUS |
| Document View | **Marlene Industries Corp. v. N.L.R.B.** C.A.6 • July 01, 1983 • 712 F.2d 1011 | 12/26/2 025 11:46 AM | SIGNATU RE AVIATIO N TELUS |
| Search | **Marlene Industries Corp. v. NLRB** (47) Search Type: Plain Language Content: Cases Jurisdiction: Virginia,4th Circuit | 12/26/2 025 11:46 AM | SIGNATU RE AVIATIO N TELUS |
| Document View | **Brackney-Wheelock v. City of Charlottesville** W.D.Va. • January 20, 2023 • 652 F.Supp.3d 603 | 12/26/2 025 11:42 AM | SIGNATU RE AVIATIO N TELUS |
| Document View | **Francis Hospitality, Inc. v. Read Properties, LLC** Va. • November 21, 2018 • 296 Va. 358 | 12/26/2 025 11:42 AM | SIGNATU RE AVIATIO N TELUS |
| Search | **296 Va. 358, 819 S.E.2d 909 (2018)** (95) Search Type: Plain Language Content: Cases Jurisdiction: Virginia,4th Circuit | 12/26/2 025 11:41 AM | SIGNATU RE AVIATIO N TELUS |
| Document View | **Cedar Point Nursery v. Hassid** U.S. • June 23, 2021 • 594 U.S. 139 | 12/26/2 025 | SIGNATU RE |

| | | | |
|---|---|---|---|
| | | 11:36 AM | AVIATIO N TELUS |
| Search | **851 F. App'x 429** (2)<br>**Search Type:** Plain Language<br>**Content:** Find Results<br>**Jurisdiction:** Virginia,4th Circuit | 12/26/2 025<br>11:35 AM | SIGNATU RE<br>AVIATIO N TELUS |
| Search | **851 F. App'x 429, 438 (4th Cir. 2021)** (40)<br>**Search Type:** Plain Language<br>**Content:** Cases<br>**Jurisdiction:** Virginia,4th Circuit | 12/26/2 025<br>11:35 AM | SIGNATU RE<br>AVIATIO N TELUS |
| Document View | **Konover Const. Corp. v. East Coast Const. Services Corp.**<br>D.N.J. • March 20, 2006 • 420 F.Supp.2d 366 | 12/26/2 025<br>11:33 AM | SIGNATU RE<br>AVIATIO N TELUS |
| Search | **Konover Constr. Corp. v. East Coast Props., 420 F. Supp. 2d 366, 375-76 (D. Md. 2006)** (40)<br>**Search Type:** Plain Language<br>**Content:** Cases<br>**Jurisdiction:** Virginia,4th Circuit | 12/26/2 025<br>11:33 AM | SIGNATU RE<br>AVIATIO N TELUS |
| Document View | **Holbrook v. University of Virginia**<br>W.D.Va. • April 05, 2010 • 706 F.Supp.2d 652 | 12/26/2 025<br>11:29 AM | SIGNATU RE<br>AVIATIO N TELUS |
| Search | **adv: "The possibility that adequate compensatory or other corrective relief"** (128)<br>**Search Type:** Boolean T&C<br>**Content:** Cases<br>**Jurisdiction:** Virginia,4th Circuit | 12/26/2 025<br>11:29 AM | SIGNATU RE<br>AVIATIO N TELUS |
| Document View | **Legend Night Club v. Miller**<br>C.A.4 (Md.) • February 17, 2011 • 637 F.3d 291 | 12/26/2 025<br>11:27 AM | SIGNATU RE<br>AVIATIO N TELUS |
| Document View | **Real Truth About Obama, Inc. v. Federal Election Com'n**<br>C.A.4 (Va.) • August 05, 2009 • 575 F.3d 342 | 12/26/2 025<br>11:14 AM | SIGNATU RE<br>AVIATIO N TELUS |

| | | | |
|---|---|---|---|
| Document View | **The Real Truth About Obama, Inc. v. F.E.C.**<br>C.A.4 • June 08, 2010 • 607 F.3d 355 | 12/26/2 025 11:14 AM | SIGNATU RE AVIATIO N TELUS |
| Document View | **Di Biase v. SPX Corporation**<br>C.A.4 (N.C.) • September 28, 2017 • 872 F.3d 224 | 12/26/2 025 9:41 AM | SIGNATU RE AVIATIO N TELUS |
| Document View | **Mountain Valley Pipeline, LLC v. 6.56 Acres of Land, Owned by Sandra Townes Powell**<br>C.A.4 (Va.) • February 05, 2019 • 915 F.3d 197 | 12/26/2 025 9:39 AM | SIGNATU RE AVIATIO N TELUS |
| Document View | **eBay Inc. v. MercExchange, L.L.C.**<br>U.S. • May 15, 2006 • 547 U.S. 388 | 12/26/2 025 9:38 AM | SIGNATU RE AVIATIO N TELUS |
| Document View | **Wudi Industrial (Shanghai) Co., Ltd. v. Wong**<br>C.A.4 (Va.) • July 11, 2025 • 143 F.4th 250 | 12/26/2 025 9:37 AM | SIGNATU RE AVIATIO N TELUS |
| Search | **adv: injunct! /s "self-inflicted"** (31)<br>Search Type: Boolean T&C<br>Content: Cases<br>Jurisdiction: Virginia,4th Circuit | 12/26/2 025 9:36 AM | SIGNATU RE AVIATIO N TELUS |
| Document View | **Pashby v. Delia**<br>C.A.4 (N.C.) • March 05, 2013 • 709 F.3d 307 | 12/26/2 025 9:34 AM | SIGNATU RE AVIATIO N TELUS |
| Document View | **Vienna Metro LLC v. Pulte Home Corp.**<br>E.D.Va. • March 29, 2011 • 786 F.Supp.2d 1076 | 12/26/2 025 9:34 AM | SIGNATU RE AVIATIO N TELUS |
| Search | **When a plaintiff's own conduct contributes to the alleged injury, equitable relief is inappropriate.** (40)<br>Search Type: Plain Language | 12/26/2 025 9:34 AM | SIGNATU RE AVIATIO N TELUS |

My Research - History: All History | Westlaw Edge

| | Content: Cases | | |
|---|---|---|---|
| | Jurisdiction: Virginia,4th Circuit | | |
| Search | **709 F.3d 307, 329** (20) | 12/26/2 | SIGNATU |
| | **Search Type:** Plain Language | 025 9:31 | RE |
| | **Content:** Cases | AM | AVIATIO |
| | **Jurisdiction:** Virginia | | N TELUS |