# EXHIBIT B



~~[scribbled out line]~~

TORT INT/N
FRANCIS HOSPIT V. REED PROPS (VRC) ⟹ L3 V. Serco?
Business expectancy                                    more SOL BASED
                              FD CT

[Conspiracy] ⟶ INTENT INT
                                          597 F3d 381
                                                      393
TOO much public DEI    TRUMP V. LA UNION PUEBLO TRO
                                                      4th Cir.
~~[scribbled]~~ "civil conspiracy"      MAXIMUS V.        10
                                         Lockheed
"private conspiracy"                    "conserve rules"  intended damage
Alleco V. Weinberg  99 Md 94  overt act              United V. Breakel
Simmons v. Doe  47 F 3d 1370 (1995)  WL 6206 yr0  EDVA 2008 ideal reason
INTENT.                    ⟶ two or more persons                y 210
       WARD V. _____      597 F3d 381 393
In luce    597 F supp 567
           Prom note
           USENRICH
           TORT IN?
                                              req'd cst depd   1 exist   Int indv.
                                                                2 knowledge
      CHARTS  V. Westport N Carolina                            3 int induce
~~[scribbled]~~                                                 4 no just
      INT INDUCEMENT of Breach                                  5 damys
           MAY 2010
                                    "no property interest in customers"    Athletic car sc
                                                                           V. Wheatley
            VS LABS V KUTK                                                  163 NC
                NC St Ct                                                    No contract
            AOB BY 4PM?  SP.  ⟶ Children 240 NC 667
                          — Cust solicit — no compete here.
Broussard
V. meinecke 901                         1. K?  new maybe
V. F supp 381 (yr 90)                   2. K breach? no
Intent intent (yr 90)                   3. INT INDUCE of Br.? no
155 F 3d 381             1) valid K     4   JUSTIFIED? yes
Cust int claim ^        2) knowledge    5   Damages from wrong irrelevant? no
                        3) intical intue
                        4) no just

