IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CLERKS OFFICE
US DISTRICT COURT
AT CHARLOTTESVILLE, VA
FILED

3/16/2026

LAURA A. AUSTIN, CLERK
BY: **s/J. Lopez**
DEPUTY CLERK

Errands Plus, Inc.,            )
                              )
          Plaintiff,           )
                              )
v.                            )
                              )
Signature Flight Support, LLC  )      Civil Action No. 3:25-cv-00098
                              )
          and                 )
                              )
Signature Aviation Services Corporation,  )
                              )
          Defendants.          )

## ORDER

This matter is before the court on Plaintiff Errands Plus, Inc., d/b/a RMA World Chauffeured Transportation's ("RMA") motion for a temporary restraining order and preliminary injunction. (Dkt. 6.) For the reasons stated in the accompanying memorandum opinion, the court **DENIES** the motion.

The Clerk is directed to send a copy of this Order to all counsel of record.

**IT IS SO ORDERED.**

**ENTERED** this __16__ day of March, 2026.

HON. JASMINE H. YOON
UNITED STATES DISTRICT JUDGE