FILED:  July 20, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1390
(3:25-cv-00098-JHY-JCH)

_____

ERRANDS PLUS, INC., d/b/a RMA Worldwide Chauffeured Transportation

      Plaintiff - Appellant

v.

SIGNATURE FLIGHT SUPPORT, LLC; SIGNATURE AVIATION SERVICES
CORPORATION

      Defendants - Appellees

_____

O R D E R

_____

Upon consideration of the stipulated motion to voluntarily dismiss, the court

dismisses this appeal, upon such terms as have been agreed to by the parties,

pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

      For the Court--By Direction

      /s/ Nwamaka Anowi, Clerk